UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE ANTIOCH COMPANY LITIGATION TRUST ) ) | Case No. 3:10-cv-00156 |
| ) | (Judge Black) |
| Plaintiff, ) ) | |
| -v- ) ) | |
| LEE MORGAN, et al., ) ) | |
| Defendants. ) | |

## STIPULATED ORDER AMENDING OPINION AND ORDER GRANTING MOTIONS FOR RECONSIDERATION

On December 31, 2012, the Court issued an opinion and order (Doc. 71) granting certain defendants' motions for reconsideration.  One such motion misidentified the aiding and abetting counts asserted in the Amended Complaint.  The opinion and order (Doc. 71) therefore is amended to state that Counts Two, Five, Seven, and Nine are dismissed as to Lee Morgan, Asha Morgan Moran, Marty Moran, and Chandra Attiken.  Count Eleven is unaffected by Doc. 71 and remains pending.

DONE and ORDERED this 2nd day of January 2013.

                                                     __s/Timothy S. Black_____
                                                         Timothy S. Black
                                                  United States District Judge

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| /s/ Marcia Voorhis Andrew* | /s/ Brian P. Muething |
| Marcia Voorhis Andrew | Michael L. Scheier (0055512) |
| Beth A. Silvers | Brian P. Muething (0076315) |
| Christina L. Fischer | Danielle M. D'Addesa (0076513) |
| Emily C. McNicholas | David T. Bules (0083834) |
| Taft Stettinius & Hollister LLP | Keating Muething & Klekamp PLL |
| 425 Walnut Street, Suite 1800 | One East Fourth Street |
| Cincinnati, OH 45202-3957 | Suite 1400 |
| | Cincinnati, Ohio 45202 |
| *Counsel for W. Timothy Miller, Trustee of The Antioch Company Litigation Trust* | Phone: (513) 579-6952 |
| | Fax: (513) 579-6457 |
| | mscheier@kmklaw.com |
| *Per email authorization | bmuething@kmklaw.com |
| | ddaddesa@kmklaw.com |
| | dbules@kmklaw.com |

*Counsel for Defendants,*
*Lee Morgan, Asha Moran, Chandra Attiken,*
*Marty Moran, Lee Morgan GDOT Trust #1,*
*Lee Morgan GDOT Trust #2, Lee Morgan*
*GDOT Trust #3, Lee Morgan Pourover Trust*
*#1, and Lee Morgan Pourover Trust #2*