UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THE ANTIOCH COMPANY  
LITIGATION TRUST,  
W. TIMOTHY MILLER, TRUSTEE,

   Plaintiff,

-vs-

LEE MORGAN, *et al.*,

   Defendants.

Case No. 3:10-CV-156

Judge Timothy S. Black

## JUDGMENT IN A CIVIL CASE

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendant Attiken's Motion for Summary Judgment (Doc. 135) is **GRANTED**; and the Defendant Chandra Attiken is **DISMISSED** from the lawsuit.

Date: 8/2/2013

**JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*  
Deputy Clerk