UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**THE ANTIOCH COMPANY**          Case No. 3:10-CV-156
**LITIGATION TRUST,**
**W. TIMOTHY MILLER, TRUSTEE,**

   Plaintiff,          **Judge Timothy S. Black**

**-vs-**

**LEE MORGAN,** *et al.***,**

   Defendants.

### JUDGMENT IN A CIVIL CASE

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendant Walker's Motion for Summary Judgment (Doc. 151) is **GRANTED**; and the Defendant Frederick Guy Walker is **DISMISSED** from the case.

Date: 8/2/2013          **JOHN P. HEHMAN, CLERK**

         By: *s/ M. Rogers*
         Deputy Clerk