## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **THE ANTIOCH COMPANY** | ) | **Case No. 3:10-cv-00156** |
| **LITIGATION TRUST,** | ) | |
| | ) | **(Judge Timothy S. Black)** |
| **Plaintiff,** | ) | |
| | ) | |
| **-v-** | ) | |
| | ) | |
| **LEE MORGAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## APPENDIX IN SUPPORT OF THE MORGAN
## TRUSTS' MOTION FOR SUMMARY JUDGMENT

| Document | Exhibit |
|---|---|
| Deposition Exhibit 22 – The Antioch Company Litigation Trust Agreement | A |
| Miller, Timothy Deposition Excerpt | B |
| Lee Morgan GDOT Trust #1 Trust Agreement | C |
| Lee Morgan GDOT Trust #2 Trust Agreement | D |
| Lee Morgan GDOT Trust #3 Trust Agreement | E |
| Lee Morgan Pourover Trust #1 Trust Agreement | F |
| Lee Morgan Pourover Trust #2 Trust Agreement | G |
| Deposition Exhibit 31 – Offer to Purchase | H |
| Deposition Exhibit 294 – Tally of Shareholder Transmittals – Shares | I |
| Morgan Trusts Amended Class 5 Release Forms | J |

Dated: January 31, 2014

Respectfully submitted,

/s/ Michael L. Scheier
Michael L. Scheier (0055512)
Brian P. Muething (0076315)
Danielle M. D'Addesa (0076513)
David T. Bules (0083834)
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6952
Fax: (513) 579-6457
mscheier@kmklaw.com
bmuething@kmklaw.com
ddaddesa@kmklaw.com
dbules@kmklaw.com

*Attorneys for Defendants,*
*Lee Morgan, Asha Moran, Chandra Attiken,*
*Marty Moran, Lee Morgan GDOT Trust #1,*
*Lee Morgan GDOT Trust #2, Lee Morgan*
*GDOT Trust #3, Lee Morgan Pourover Trust*
*#1, and Lee Morgan Pourover Trust #2*

OF COUNSEL:
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Oh 45202
(513) 579-6400

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 31st day of January, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docketing system.

/s/ Michael L. Scheier _____

Michael L. Scheier

5300848.1